## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Andrea St. John

                        Plaintiff,

v.                                                Case No.: 1:22−cv−01963
                                                 Honorable Matthew F. Kennelly

North Shore Home Care LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 29, 2023:

       MINUTE entry before the Honorable Matthew F. Kennelly: This case is hereby dismissed without prejudice pursuant to the parties' stipulation. This will convert to a dismissal with prejudice and without costs on 4/28/2023 without the need for a further order by the Court unless a motion seeking reinstatement is filed before that date. Civil case terminated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.